## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: CR13-120-S-EJL |
| | ) | _____ |
| Plaintiff, | ) | **ASSERTION OF FIFTH AND** |
| | ) | **SIXTH AMENDMENT RIGHTS** |
| vs. | ) | |
| | ) | |
| FAZLIDDIN KURBANOV, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_____        Date: 5/17/2013
(Defendant's Signature)

Federal Defender Services of Idaho, 702 W. Idaho Street, Suite 1000, Boise, ID 83702
(Attorney's Name/Address printed)

_____        Date: 5/17/2013
(Attorney's Signature)

ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS                          Page 1