# UNITED STATES DISTRICT COURT
## District of Idaho
### Plaintiff's
### Exhibit List

| | |
|---|---|
| Case Name:<br>UNITED STATES OF AMERICA<br><br>vs.<br><br>FAZZILADIN KURBANOV | Plaintiff's Attorney:<br>Aaron Lucoff, Heather Patricco, Larry Schneider |
| | Defendant's Attorney:<br>Charles Peterson |

| | | |
|---|---|---|
| Docket No.:<br>13-0130-S-EJL | Trial Dates:<br>07/13/2015 - | Courtroom Deputy: |
| Presiding Judge:<br>Honorable Edward J. Lodge | | Court Reporter:<br>Lisa Yant |

Party Offering Exhibits:
Plaintiff

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1001 | | | | | Video Interview of Defendant 05/16/2013 | |
| 1002 | | | | | Transcript of Interview of Defendant 05/16/2013 | |
| 1003 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1004 | | | | | Transcript of Video Clip | |
| 1005 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1006 | | | | | Transcript of Video Clip | |
| 1007 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1008 | | | | | Transcript of Video Clip | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1009 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1010 | | | | | Transcript of Video Clip | |
| 1011 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1012 | | | | | Transcript of Video Clip | |
| 1013 | | | | | Video Clip of Interview of Defendant 05/16/2013 | |
| 1014 | | | | | Transcript of Video Clip | |
| 1015 | | | | | Audio Clip between Defendant and CHS | |
| 1016 | | | | | Transcript of Audio Clip | |
| 1017 | | | | | Audio Clip between Defendant and CHS | |
| 1018 | | | | | Transcript of Audio Clip | |
| 1019 | | | | | Audio Clip between Defendant and CHS | |
| 1020 | | | | | Transcript of Audio Clip | |
| 1021 | | | | | Audio Clip between Defendant and CHS | |
| 1022 | | | | | Transcript of Audio Clip | |
| 1023 | | | | | Audio Clip between Defendant and CHS | |
| 1024 | | | | | Transcript of Audio Clip | |
| 1025 | | | | | Audio Clip between Defendant and CHS | |
| 1026 | | | | | Transcript of Audio Clip | |
| 1027 | | | | | Audio Clip between Defendant and CHS | |
| 1028 | | | | | Transcript of Audio Clip | |
| 1029 | | | | | Audio Clip between Defendant and CHS | |
| 1030 | | | | | Transcript of Audio Clip | |
| 1031 | | | | | Audio Clip between Defendant and CHS | |
| 1032 | | | | | Transcript of Audio Clip | |
| 1033 | | | | | Audio Clip between Defendant and CHS | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1034 | | | | | Transcript of Audio Clip | |
| 1035 | | | | | Audio Clip between Defendant and CHS | |
| 1036 | | | | | Transcript of Audio Clip | |
| 1037 | | | | | Audio Clip between Defendant and CHS | |
| 1038 | | | | | Transcript of Audio Clip | |
| 1039 | | | | | Audio Clip between Defendant and CHS | |
| 1040 | | | | | Transcript of Audio Clip | |
| 1041 | | | | | Audio Clip between Defendant and CHS | |
| 1042 | | | | | Transcript of Audio Clip | |
| 1043 | | | | | Audio Clip between Defendant and CHS | |
| 1044 | | | | | Transcript of Audio Clip | |
| 1045 | | | | | Audio Clip between Defendant and CHS | |
| 1046 | | | | | Transcript of Audio Clip | |
| 1047 | | | | | Audio Clip between Defendant and CHS | |
| 1048 | | | | | Transcript of Audio Clip | |
| 1049 | | | | | Audio Clip between Defendant and CHS | |
| 1050 | | | | | Transcript of Audio Clip | |
| 1051 | | | | | Audio Clip between Defendant and CHS | |
| 1052 | | | | | Transcript of Audio Clip | |
| 1053 | | | | | Audio Clip between Defendant and CHS | |
| 1054 | | | | | Transcript of Audio Clip | |
| 1055 | | | | | Audio Clip between Defendant and CHS | |
| 1056 | | | | | Transcript of Audio Clip | |
| 1057 | | | | | Audio Clip between Defendant and CHS | |
| 1034 | | | | | Transcript of Audio Clip | |
| 1035 | | | | | Audio Clip between Defendant and CHS | |
| 1036 | | | | | Transcript of Audio Clip | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1037 | | | | | Audio Clip between Defendant and CHS | |
| 1038 | | | | | Transcript of Audio Clip | |
| 1039 | | | | | Audio Clip between Defendant and CHS | |
| 1040 | | | | | Transcript of Audio Clip | |
| 1041 | | | | | Audio Clip between Defendant and CHS | |
| 1042 | | | | | Transcript of Audio Clip | |
| 1043 | | | | | Audio Clip between Defendant and CHS | |
| 1044 | | | | | Transcript of Audio Clip | |
| 1045 | | | | | Audio Clip between Defendant and CHS | |
| 1046 | | | | | Transcript of Audio Clip | |
| 1047 | | | | | Audio Clip between Defendant and CHS | |
| 1048 | | | | | Transcript of Audio Clip | |
| 1049 | | | | | Audio Clip between Defendant and CHS | |
| 1050 | | | | | Transcript of Audio Clip | |
| 1051 | | | | | Audio Clip between Defendant and CHS | |
| 1052 | | | | | Transcript of Audio Clip | |
| 1053 | | | | | Audio Clip between Defendant and CHS | |
| 1054 | | | | | Transcript of Audio Clip | |
| 1055 | | | | | Audio Clip between Defendant and CHS | |
| 1056 | | | | | Transcript of Audio Clip | |
| 1057 | | | | | Audio Clip between Defendant and CHS | |
| 1058 | | | | | Transcript of Audio Clip | |
| 1059 | | | | | Audio Clip between Defendant and CHS | |
| 1060 | | | | | Transcript of Audio Clip | |
| 1061 | | | | | Audio Clip between Defendant and CHS | |
| 1062 | | | | | Transcript of Audio Clip | |
| 1063 | | | | | Audio Clip between Defendant and CHS | |
| 1064 | | | | | Transcript of Audio Clip | |
| 1065 | | | | | Audio Clip between Defendant and CHS | |
| 1066 | | | | | Transcript of Audio Clip | |
| 1067 | | | | | Audio Clip between Defendant and CHS | |
| 1068 | | | | | Transcript of Audio Clip | |
| 1069 | | | | | Audio Clip between Defendant and CHS | |
| 1070 | | | | | Transcript of Audio Clip | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1071 | | | | | Audio Clip between Defendant and CHS | |
| 1072 | | | | | Transcript of Audio Clip | |
| 1073 | | | | | Audio Clip between Defendant and CHS | |
| 1074 | | | | | Transcript of Audio Clip | |
| 1075 | | | | | Audio Clip between Defendant and CHS | |
| 1076 | | | | | Transcript of Audio Clip | |
| 1077 | | | | | Audio Clip between Defendant and CHS | |
| 1078 | | | | | Transcript of Audio Clip | |
| 1079 | | | | | Audio Clip between Defendant and CHS | |
| 1080 | | | | | Transcript of Audio Clip | |
| 1081 | | | | | Audio Clip between Defendant and CHS | |
| 1082 | | | | | Transcript of Audio Clip | |
| 1083 | | | | | Audio Clip between Defendant and CHS | |
| 1084 | | | | | Transcript of Audio Clip | |
| 1077 | | | | | Audio Clip between Defendant and CHS | |
| 1078 | | | | | Transcript of Audio Clip | |
| 1079 | | | | | Audio Clip between Defendant and CHS | |
| 1080 | | | | | Transcript of Audio Clip | |
| 1081 | | | | | Audio Clip between Defendant and CHS | |
| 1082 | | | | | Transcript of Audio Clip | |
| 1083 | | | | | Audio Clip between Defendant and CHS | |
| 1084 | | | | | Transcript of Audio Clip | |
| 1085 | | | | | Audio Clip between Defendant and CHS | |
| 1086 | | | | | Transcript of Audio Clip | |
| 1087 | | | | | Audio Clip between Defendant and CHS | |
| 1088 | | | | | Transcript of Audio Clip | |
| 1089 | | | | | Audio Clip between Defendant and CHS | |
| 1090 | | | | | Transcript of Audio Clip | |
| 1091 | | | | | Audio Clip between Defendant and CHS | |
| 1092 | | | | | Transcript of Audio Clip | |
| 1093 | | | | | Audio Clip between Defendant and CHS | |
| 1094 | | | | | Transcript of Audio Clip | |
| 1095 | | | | | Audio Clip between Defendant and CHS | |
| 1096 | | | | | Transcript of Audio Clip | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1097 | | | | | Audio Clip between Defendant and CHS | |
| 1098 | | | | | Transcript of Audio Clip | |
| 1099 | | | | | Audio Clip between Defendant and CHS | |
| 1100 | | | | | Transcript of Audio Clip | |
| 1101 | | | | | Audio Clip between Defendant and CHS | |
| 1102 | | | | | Transcript of Audio Clip | |
| 1103 | | | | | Audio Clip between Defendant and CHS | |
| 1104 | | | | | Transcript of Audio Clip | |
| 1105 | | | | | Audio Clip between Defendant and CHS | |
| 1106 | | | | | Transcript of Audio Clip | |
| 1107 | | | | | Audio Clip between Defendant and CHS | |
| 1108 | | | | | Transcript of Audio Clip | |
| 1109 | | | | | Audio Clip between Defendant and CHS | |
| 1110 | | | | | Transcript of Audio Clip | |
| 1111 | | | | | Audio Clip between Defendant and CHS | |
| 1112 | | | | | Transcript of Audio Clip | |
| 1113 | | | | | Audio Clip between Defendant and CHS | |
| 1114 | | | | | Transcript of Audio Clip | |
| 1115 | | | | | Audio Clip between Defendant and CHS | |
| 1116 | | | | | Transcript of Audio Clip | |
| 1117 | | | | | Audio Clip between Defendant and CHS | |
| 1118 | | | | | Transcript of Audio Clip | |
| 1119 | | | | | Audio Clip between Defendant and CHS | |
| 1120 | | | | | Transcript of Audio Clip | |
| 1121 | | | | | Audio Clip between Defendant and CHS | |
| 1122 | | | | | Transcript of Audio Clip | |
| 1123 | | | | | Audio Clip between Defendant and CHS | |
| 1124 | | | | | Transcript of Audio Clip | |
| 1125 | | | | | Audio Clip between Defendant and CHS | |
| 1126 | | | | | Transcript of Audio Clip | |
| 1127 | | | | | Audio Clip between Defendant and CHS | |
| 1128 | | | | | Transcript of Audio Clip | |
| 1129 | | | | | Audio Clip between Defendant and CHS | |
| 1130 | | | | | Transcript of Audio Clip | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1131 | | | | | Audio Clip between Defendant and CHS | |
| 1132 | | | | | Transcript of Audio Clip | |
| 1133 | | | | | Audio Clip between Defendant and CHS | |
| 1134 | | | | | Transcript of Audio Clip | |
| 1135 | | | | | Audio Clip between Defendant and CHS | |
| 1136 | | | | | Transcript of Audio Clip | |
| 1137 | | | | | Audio Clip between Defendant and CHS | |
| 1138 | | | | | Transcript of Audio Clip | |
| 1139 | | | | | Audio Clip between Defendant and CHS | |
| 1140 | | | | | Transcript of Audio Clip | |
| 1141 | | | | | Audio Clip between Defendant and CHS | |
| 1142 | | | | | Transcript of Audio Clip | |
| 1143 | | | | | Audio Clip between Defendant and CHS | |
| 1144 | | | | | Transcript of Audio Clip | |
| 1145 | | | | | Audio Clip between Defendant and CHS | |
| 1146 | | | | | Transcript of Audio Clip | |
| 1147 | | | | | Audio Clip between Defendant and CHS | |
| 1148 | | | | | Transcript of Audio Clip | |
| 1149 | | | | | Sprint 902(11) Certification | |
| 1150 | | | | | Sprint Records | |
| 1151 | | | | | Alpha Chemicals 902(11) Certification | |
| 1152 | | | | | Alpha Chemicals Records | |
| 1153 | | | | | Apex 902(11) Certification | |
| 1154 | | | | | Apex Gun Records | |
| 1155 | | | | | Walmart 902(11) Certification | |
| 1156 | | | | | Walmart Records | |
| 1157 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1158 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1159 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1160 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1161 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1162 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1163 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1164 | | | | | Photo - 579 S Curtis - 11/16/2012 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1165 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1166 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1167 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1168 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1169 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1170 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1171 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1172 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1173 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1174 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1175 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1176 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1177 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1178 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1179 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1180 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1181 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1182 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1183 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1184 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1185 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1186 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1187 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1188 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1189 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1190 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1191 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1192 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1193 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1194 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1195 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1196 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1197 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1198 | | | | | Photo - 579 S Curtis - 11/16/2012 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1199 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1200 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1201 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1202 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1203 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1204 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1205 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1206 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1207 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1208 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1209 | | | | | Photo - 579 S Curtis - 11/16/2012 | |
| 1210 | | | | | Reserved | |
| 1211 | | | | | Reserved | |
| 1212 | | | | | Reserved | |
| 1213 | | | | | Reserved | |
| 1214 | | | | | Reserved | |
| 1215 | | | | | Reserved | |
| 1216 | | | | | Reserved | |
| 1217 | | | | | Conversation with user of okif.755@mail.ru | |
| 1218 | | | | | Conversation with user of okif.755@mail.ru | |
| 1219 | | | | | Translation of Conversation with user of okif.755@mail.ru | |
| 1220 | | | | | Reserved | |
| 1221 | | | | | Reserved | |
| 1222 | | | | | Reserved | |
| 1223 | | | | | Reserved | |
| 1224 | | | | | Reserved | |
| 1225 | | | | | Facebook 902(11) Certification | |
| 1226 | | | | | Facebook Records | |
| 1227 | | | | | Reserved | |
| 1228 | | | | | Reserved | |
| 1229 | | | | | .RU Email 07/31/2012 | |
| 1230 | | | | | Translation of .RU Email 07/31/2012 | |
| 1231 | | | | | .RU Email 08/03/2012 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1232 | | | | | Translation of .RU Email 08/03/2012 | |
| 1233 | | | | | NFA Certification of Non-Existence of Records | |
| 1234 | | | | | Reserved | |
| 1235 | | | | | Reserved | |
| 1236 | | | | | Video - abdul_aziz.asf.rm | |
| 1237 | | | | | Transcript of Video - abdul_aziz.asf.rm | |
| 1238 | | | | | Video Clip of abdul_aziz.asf.rm | |
| 1239 | | | | | Video - abdulmalik_fidoiy.asf.rm | |
| 1240 | | | | | Transcript of Video - abdulmalik_fidoiy.asf.rm | |
| 1240a | | | | | Video Clip abdulmalik_fidoiy.asf.rm | |
| 1241 | | | | | Video - abdulmalikfidoiy-en.asf.rm | |
| 1242 | | | | | Video Clip abdulmalikfidoiy-en.asf | |
| 1243 | | | | | Video - Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1244 | | | | | Transcript Video - Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1245a | | | | | Video Clip of Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1245b | | | | | Video Clip of Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1245c | | | | | Video Clip of Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1245d | | | | | Video Clip of Ali Mergan ... Snyper Sniper.mp4.mpg | |
| 1246 | | | | | Video - zriv 1.mp4.mpg | |
| 1247 | | | | | Video - zriv2.mp4.mpg | |
| 1248 | | | | | Reserved | |
| 1249 | | | | | Audio - 12.qurboning_bolay.mp3 | |
| 1250 | | | | | Transcript - 12.qurboning_bolay.mp3 | |
| 1251 | | | | | My Movie.wlmp.xml | |
| 1252 | | | | | Reserved | |
| 1253 | | | | | Video - My Movie.wmv | |
| 1254 | | | | | Translation Video - My Movie.wmv | |
| 1255 | | | | | Reserved | |
| 1256 | | | | | Reserved | |
| 1257 | | | | | Reserved | |
| 1258 | | | | | Reserved | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1259 | | | | | Video - $RKBA0BY.wmv | |
| 1260 | | | | | Reserved | |
| 1261 | | | | | Video - $ROLGB6H.wmv | |
| 1262 | | | | | Reserved | |
| 1263 | | | | | Video - My Movie FOR.wmv | |
| 1264 | | | | | Transcript of My Movie FOR.wmv | |
| 1265 | | | | | Video - MY MUSLIM MY MUSLIM.wmv | |
| 1266 | | | | | Transcript of MY MUSLIM MY MUSLIM.wmv | |
| 1267 | | | | | Video - video-2012-03-11-13-14-31.mp4.3gpp | |
| 1268 | | | | | Reserved | |
| 1269 | | | | | Video - video-2012-03-11-13-31-02.mp4.3gpp | |
| 1270 | | | | | Reserved | |
| 1271 | | | | | Video - Как сделать черный порох How to make Black powder.mp4[245499].mpg | |
| 1272 | | | | | Transcript - Как сделать черный порох How to make Black powder.mp4.mpg - Explosive | |
| 1273 | | | | | Reserved | |
| 1274 | | | | | Reserved | |
| 1275 | | | | | Video - Homemade C-4 A Closer Look.mp4.mpg | |
| 1276 | | | | | Reserved | |
| 1277 | | | | | Video - how to make black powder (without a ball mill).mp4.mpg | |
| 1278 | | | | | Reserved | |
| 1279 | | | | | Video - Как сделать тротил.mp4. | |
| 1280 | | | | | Transcript - Как сделать тротил.mp4.mpg | |
| 1281 | | | | | Reserved | |
| 1282 | | | | | Video 117042 | |
| 1283 | | | | | Translation of Video 117042 | |
| 1284 | | | | | Video of 326115 | |
| 1285 | | | | | Translation of Video of 326115 | |
| 1286 | | | | | Reserved | |
| 1287 | | | | | Duda Diesel 902(11) Certification | |
| 1288 | | | | | Duda Diesel Records | |
| 1289 | | | | | Photo of U-Haul truck | |
| 1290 | | | | | Photo of U-Haul truck | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1291 | | | | | Reserved | |
| 1292 | | | | | Reserved | |
| 1293 | | | | | Reserved | |
| 1294 | | | | | Reserved | |
| 1295 | | | | | Reserved | |
| 1296 | | | | | Reserved | |
| 1297 | | | | | Reserved | |
| 1298 | | | | | Google Chrome Keyword Search Terms | |
| 1299 | | | | | Reserved | |
| 1300 | | | | | Reserved | |
| 1301 | | | | | Audio 03 06-05-13_2011_Clip_1.wav | |
| 1302 | | | | | Transcript of Audio 06-05-13_2011_Clip_1.wav | |
| 1303 | | | | | Audio 09 06-18-13_1617_Clip_1.wav | |
| 1304 | | | | | Transcript of Audio 09 06-18-13_1617_Clip_1.wav | |
| 1305 | | | | | Audio 2012-11-20 | |
| 1306 | | | | | Transcript of Audio 2012-11-20 | |
| 1307 | | | | | Audio 2012-11-21 | |
| 1308 | | | | | Transcript of Audio 2012-11-21 | |
| 1309 | | | | | Audio 2013-04-06 | |
| 1310 | | | | | Transcript of Audio 2013-04-06 | |
| 1311 | | | | | Audio 2013-05-04 | |
| 1312 | | | | | Transcript of Audio 2013-05-04 | |
| 1313 | | | | | Audio DN_Mic1 2012-12-13 | |
| 1314 | | | | | Transcript of Audio DN_Mic1 2012-12-13 | |
| 1315 | | | | | Audio DN_Mic1 2012-12-14 | |
| 1316 | | | | | Transcript of Audio DN_Mic1 2012-12-14 | |
| 1317 | | | | | Audio DN_Mic2 2012-12-20 | |
| 1318 | | | | | Transcript of Audio DN_Mic2 2012-12-20 | |
| 1319 | | | | | Audio DN_Mic1 2012-12-28 | |
| 1320 | | | | | Transcript of Audio DN_Mic1 2012-12-28 | |
| 1321 | | | | | Audio DN_Mic1 2013-01-01 | |
| 1322 | | | | | Transcript of Audio DN_Mic1 2013-01-01 | |
| 1323 | | | | | Audio DN_Mic2_2012-12-17 | |
| 1324 | | | | | Transcript of Audio DN_Mic2_2012-12-17 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1325 | | | | | Audio DN_Mic2_2012-12-17 | |
| 1326 | | | | | Transcript of Audio DN_Mic2_2012-12-17 | |
| 1327 | | | | | Email Product 128057550E | |
| 1328 | | | | | Translation  of Product 128057550E | |
| 1329 | | | | | Email Product 128057563E | |
| 1330 | | | | | Translation Product 128057563E | |
| 1331 | | | | | Email Product 127971974E | |
| 1332 | | | | | Translation product 127971974E | |
| 1333 | | | | | Email Product 128382581E | |
| 1334 | | | | | Translation Product 128382581E | |
| 1335 | | | | | Email Product 128382743E | |
| 1336 | | | | | Translation Product 128382743E | |
| 1337 | | | | | Email Product 128384285E | |
| 1338 | | | | | Translation Product 128384285E | |
| 1339 | | | | | Reserved | |
| 1340 | | | | | Email Product 128383482E | |
| 1341 | | | | | Translation Product 128383482E | |
| 1342 | | | | | Email Product 128397564E | |
| 1343 | | | | | Translation Product 128397564E | |
| 1344 | | | | | Email Product 128399940E | |
| 1345 | | | | | Translation Product 128399940E | |
| 1346 | | | | | Email Product 128399972E | |
| 1347 | | | | | Translation Product 128399972E | |
| 1348 | | | | | Email 129400337E | |
| 1349 | | | | | Translation Product 128400337E | |
| 1350 | | | | | Email Product 128403963E | |
| 1351 | | | | | Translation Product 128403963E | |
| 1352 | | | | | Map | |
| 1353 | | | | | Map | |
| 1354 | | | | | Reserved | |
| 1355 | | | | | DITU Slide | |
| 1357 | | | | | TICTU Slide | |
| 1358 | | | | | E-Bay Records | |
| 1359 | | | | | E-Bay Records | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1360 | | | | | E-Bay Records | |
| 1361 | | | | | E-Bay Records | |
| 1362 | | | | | E-Bay Records | |
| 1363a | | | | | E-Bay 902(11) Certification | |
| 1363 | | | | | E-Bay Records | |
| 1364 | | | | | E-Bay Records | |
| 1365 | | | | | E-Bay Records | |
| 1366 | | | | | Kroger 902(11) Certification | |
| 1367 | | | | | Kroger Records | |
| 1368 | | | | | Kroger Records | |
| 1369 | | | | | Kroger Records | |
| 1370 | | | | | Kroger Records | |
| 1371 | | | | | Kroger Records | |
| 1372 | | | | | Kroger Records | |
| 1373 | | | | | Washington Trust Bank 902(11) Certification | |
| 1374 | | | | | Explosive Recipes | |
| 1375 | | | | | Amazon 902(11) Certification | |
| 1376 | | | | | Amazon Records | |
| 1377 | | | | | Amazon Records | |
| 1378 | | | | | Reserved | |
| 1379 | | | | | Floor Plan | |
| 1380 | | | | | Floor Plan | |
| 1381 | | | | | Secretary of State | |
| 1382 | | | | | Reserved | |
| 1383 | | | | | Reserved | |
| 1384 | | | | | Audio Clip 07/29/2014 | |
| 1385 | | | | | Transcript of Audio Clip | |
| 1386 | | | | | Audio Clip 07/29/2014 | |
| 1387 | | | | | Transcript of Audio Clip | |
| 1388 | | | | | Audio Clip 07/30/2014 | |
| 1389 | | | | | Transcript of Audio Clip | |
| 1390 | | | | | Audio Clip 08/06/2014 | |
| 1391 | | | | | Transcript of Audio Clip | |
| 1392 | | | | | Reserved | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1393 | | | | | Reserved | |
| 1394 | | | | | Audio Clip between Defendant and CHS | |
| 1395 | | | | | Transcript of audio Clip | |
| 1396 | | | | | Audio Clip between Defendant and CHS | |
| 1397 | | | | | Transcript of audio Clip | |
| 1398 | | | | | Audio Clip between Defendant and CHS | |
| 1399 | | | | | Transcript of audio Clip | |
| 1400 | | | | | Audio Clip between Defendant and CHS | |
| 1401 | | | | | Transcript of audio Clip | |
| 1402 | | | | | Audio Clip between Defendant and CHS | |
| 1403 | | | | | Transcript of audio Clip | |
| 1404 | | | | | Audio Clip between Defendant and CHS | |
| 1405 | | | | | Transcript of audio Clip | |
| 1406 | | | | | Audio Clip between Defendant and CHS | |
| 1407 | | | | | Transcript of audio Clip | |
| 1408 | | | | | Audio Clip between Defendant and CHS | |
| 1409 | | | | | Transcript of audio Clip | |
| 1410 | | | | | Audio Clip between Defendant and CHS | |
| 1411 | | | | | Transcript of audio Clip | |
| 1412 | | | | | Audio Clip between Defendant and CHS | |
| 1413 | | | | | Transcript of audio Clip | |
| 1414 | | | | | Audio Clip between Defendant and CHS | |
| 1415 | | | | | Transcript of audio Clip | |
| 1416 | | | | | Audio Clip between Defendant and CHS | |
| 1417 | | | | | Transcript of audio Clip | |
| 1418 | | | | | Audio Clip between Defendant and CHS | |
| 1419 | | | | | Transcript of audio Clip | |
| 1420 | | | | | Audio Clip between Defendant and CHS | |
| 1421 | | | | | Transcript of audio Clip | |
| 1422 | | | | | Audio Clip between Defendant and CHS | |
| 1423 | | | | | Transcript of audio Clip | |
| 1424 | | | | | Audio Clip between Defendant and CHS | |
| 1425 | | | | | Transcript of audio Clip | |
| 1426 | | | | | Audio Clip between Defendant and CHS | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1427 | | | | | Transcript of audio Clip | |
| 1428 | | | | | Audio Clip between Defendant and CHS | |
| 1429 | | | | | Transcript of audio Clip | |
| 1430 | | | | | Audio Clip between Defendant and CHS | |
| 1431 | | | | | Transcript of audio Clip | |
| 1432 | | | | | Reserved | |
| 1433 | | | | | Reserved | |
| 1434 | | | | | Advice of Rights | |
| 1435 | | | | | Video fbp3_1.asf[315050].mpg | |
| 1436 | | | | | Video 2012-08-10.alfidaa.org.IMU Jundullah studio presents Glad Tidings from Pakistan pt3 - 42082 - englishtrans.mp4 | |
| 1436a | | | | | Video Clip 2012-08-10.alfidaa.org.IMU Jundullah studio presents Glad Tidings from Pakistan pt3 - 42082 - englishtrans.mp4 | |
| 1436b | | | | | Video Clip 2012-08-10.alfidaa.org.IMU Jundullah studio presents Glad Tidings from Pakistan pt3 - 42082 - englishtrans.mp4 | |
| 1437 | | | | | Video soldaten_allahs_2_arabic.asf[315116].rm | |
| 1438 | | | | | Video soldaten_allahs_2_arabic.asf[188010].rm | |
| 1439 | | | | | Video 2010-01-12.furqon.com.soldatenAllahsTeil2.rmvb | |
| 1440 | | | | | Translation of 2010-01-12.furqon.com.soldatenAllahsTeil2 - englishtrans | |
| 1441 | | | | | Video Кабоилда Нима гап. Qaboilda Nima Gap 6 кисм.mp4.mpg | |
| 1442 | | | | | Video 2012-05-11.ansar1.info.Jundullah presents Whats Happening in Tribal Areas Pts 5-6 in English - 40681 - Qaboilda-6English.mp4 | |
| 1443 | | | | | Google 902(11)  Certification | |
| 1444 | | | | | Google Records | |
| 1445 | | | | | Aarons Lease Order Form | |
| 1446 | | | | | JP Morgan Chase Certification 902(11) | |
| 1447 | | | | | Photos | |
| 1448 | | | | | Photos | |
| 1449 | | | | | Google Records | |
| 1450 | | | | | Video ANFO VN-360p.flv | |
| 1451 | | | | | Video Phone detonator tips-360p.flv | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1452 | | | | | Video Homemade Wireless Detonator-1080p.mp4 | |
| 1453 | | | | | Immigration Services Form I-797C Notice of Action | |
| 1454 | | | | | Idaho Power statements | |
| 1455a | | | | | Glenbrook Apartments 902(11) Certification and Records | |
| 1455 | | | | | Glenbrook Apartments Move-in Inventory & Condition Form (Search 05/16/2012) | |
| 1456 | | | | | U-Haul 902(11)  Certification | |
| 1457 | | | | | U-haul Records | |
| 1458 | | | | | U-Haul Records | |
| 1459 | | | | | Reserved | |
| 1460 | | | | | Impact Wireless 902(11)  Certification | |
| 1461 | | | | | Impact Wireless Records | |
| 1462 | | | | | Information from Idaho Business Registration System | |
| 1463 | | | | | Video videoplayback_047.3gp | |
| 1464 | | | | | Video abduvali qori aka jundullah studio 2011.mp4 | |
| 1465 | | | | | 405347 YouTube Comment 3 | |
| 1465a | | | | | 405347 YouTube Comment 3 | |
| 1466 | | | | | Video | |
| 1467 | | | | | 405347 YouTube Comment 1 | |
| 1467a | | | | | 405347 YouTube Comment 1 | |
| 1468 | | | | | Video | |
| 1469 | | | | | 405347 YouTube Comment 2 | |
| 1469a | | | | | 405347 YouTube Comment 2 | |
| 1470 | | | | | Summary of Google Search Warrant Results - Favorites | |
| 1470a | | | | | Summary of Google Search Warrant Results - Favorites | |
| 1471 | | | | | Video 100lbs. Tannerite house leveled.mp4 | |
| 1472 | | | | | Video AMMONIUM NITRATE.mp4 | |
| 1473 | | | | | Video ammonium nitrate.wmv.mp4 | |
| 1474 | | | | | Video Detonator C4 bomb part 1.mp4 | |
| 1475 | | | | | Video Dissolving Ammonium Nitrate An Endothermic Process.mp4 | |
| 1476 | | | | | Video How to make Black powder.mp4 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1477 | | | | | Video Explosion of 0.5kg miedziankit.mp4 | |
| 1478 | | | | | Video Explosive Detonated Underground - Ammonal C.mp4 | |
| 1479 | | | | | Video How to make Aluminium Powder from household materials..mp4 | |
| 1480 | | | | | Video How to Make Ammonium Nitrate.mp4 | |
| 1481 | | | | | Video How to make an electric Igniter.mp4 | |
| 1482 | | | | | Video HOW TO MAKE FLASH POWDER.mp4 | |
| 1483 | | | | | Video Massive Explosion From 125 Kg of....mp4 | |
| 1484 | | | | | Summary of Google Search Warrant Results - Likes | |
| 1484a | | | | | Summary of Google Search Warrant Results - Likes | |
| 1485 | | | | | Video 26 Pounds of Tannerite vs Honda Civic.mp4 | |
| 1486 | | | | | Video 50 lb Tannerite VS Van.mp4 | |
| 1487 | | | | | Video Detonator C4 bomb part 1.mp4 | |
| 1488 | | | | | Video Geo Metro vs. Tannerite..mp4 | |
| 1489 | | | | | Video hakeemullah mehsud new video 2011.mp4 | |
| 1490 | | | | | Video How to make aluminium powder | |
| 1491 | | | | | Video How to make Aluminium Powder from household materials..mp4 | |
| 1492 | | | | | Video How to Make Ammonium Nitrate.mp4 | |
| 1493 | | | | | Video How to make an electric Igniter.mp4 | |
| 1494 | | | | | Video Massive Explosion From 125 Kg of....mp4 | |
| 1495 | | | | | Video Massive Truck Explosion.mp4 | |
| 1496 | | | | | Video Tannerite vs car.mp4 | |
| 1497 | | | | | Photo of Homemade Tannerite from Instant cold Packs | |
| 1498 | | | | | Video Tannerite Video | |
| 1499 | | | | | Video Chevy pick-up Tannerite | |
| 1500 | | | | | Video News Clip | |
| 1501 | | | | | Reserved | |
| 1502 | | | | | Video 250 pound explosion | |
| 1503 | | | | | Video 310398 | |
| 1504 | | | | | Reserved | |
| 1505 | | | | | Video 310735 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1506 | | | | | Reserved | |
| 1507 | | | | | Video 310736 | |
| 1508 | | | | | Reserved | |
| 1509 | | | | | Reserved | |
| 1510 | | | | | Videos 326180 | |
| 1511 | | | | | Reserved | |
| 1512 | | | | | Videos 326239 | |
| 1513 | | | | | Reserved | |
| 1514 | | | | | Reserved | |
| 1515 | | | | | Subscriber info from abuhorun@gmail.com | |
| 1516 | | | | | Reserved | |
| 1517 | | | | | Reserved | |
| 1518 | | | | | Reserved | |
| 1519 | | | | | Reserved | |
| 1520 | | | | | Google 902(11) Certificate | |
| 1521 | | | | | Google Records | |
| 1522 | | | | | Photo from 05/16/2013 search | |
| 1523 | | | | | Photo from 05/16/2013 search | |
| 1524 | | | | | Photo from 05/16/2013 search | |
| 1525 | | | | | Photo from 05/16/2013 search | |
| 1526 | | | | | Photo from 05/16/2013 search | |
| 1527 | | | | | Photo from 05/16/2013 search | |
| 1528 | | | | | Photo from 05/16/2013 search | |
| 1529 | | | | | Photo from 05/16/2013 search | |
| 1530 | | | | | Photo from 05/16/2013 search | |
| 1531 | | | | | Photo from 05/16/2013 search | |
| 1532 | | | | | Photo from 05/16/2013 search | |
| 1533 | | | | | Photo from 05/16/2013 search | |
| 1534 | | | | | Photo from 05/16/2013 search | |
| 1535 | | | | | Photo from 05/16/2013 search | |
| 1536 | | | | | Photo from 05/16/2013 search | |
| 1537 | | | | | Photo from 05/16/2013 search | |
| 1538 | | | | | Photo from 05/16/2013 search | |
| 1539 | | | | | Photo from 05/16/2013 search | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1540 | | | | | Photo from 05/16/2013 search | |
| 1541 | | | | | Photo from 05/16/2013 search | |
| 1542 | | | | | Photo from 05/16/2013 search | |
| 1543 | | | | | Photo from 05/16/2013 search | |
| 1544 | | | | | Photo from 05/16/2013 search | |
| 1545 | | | | | Photo from 05/16/2013 search | |
| 1546 | | | | | Photo from 05/16/2013 search | |
| 1547 | | | | | Photo from 05/16/2013 search | |
| 1548 | | | | | Photo from 05/16/2013 search | |
| 1549 | | | | | Photo from 05/16/2013 search | |
| 1550 | | | | | Photo from 05/16/2013 search | |
| 1551 | | | | | Photo from 05/16/2013 search | |
| 1552 | | | | | Photo from 05/16/2013 search | |
| 1553 | | | | | Photo from 05/16/2013 search | |
| 1554 | | | | | Photo from 05/16/2013 search | |
| 1555 | | | | | Photo from 05/16/2013 search | |
| 1556 | | | | | Photo from 05/16/2013 search | |
| 1557 | | | | | Photo from 05/16/2013 search | |
| 1558 | | | | | Photo from 05/16/2013 search | |
| 1559 | | | | | Photo from 05/16/2013 search | |
| 1560 | | | | | Photo from 05/16/2013 search | |
| 1561 | | | | | Photo from 05/16/2013 search – Toyota Camry | |
| 1562 | | | | | Photo from 05/16/2013 search – Toyota Camry | |
| 1563 | | | | | Photo from 05/16/2013 search – Toyota Camry | |
| 1564 | | | | | Photo from 05/16/2013 search – Toyota Camry | |
| 1565 | | | | | Photo from Salt Lake City | |
| 1566 | | | | | Photo from Salt Lake City | |
| 1567 | | | | | Photo from Salt Lake City | |
| 1568 | | | | | Photo from Salt Lake City | |
| 1569 | | | | | Photo from Salt Lake City | |
| 1570 | | | | | Photo from Salt Lake City | |
| 1571 | | | | | Photo from Salt Lake City | |
| 1572 | | | | | Photo from Salt Lake City | |
| 1573 | | | | | Photo from Salt Lake City | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1574 | | | | | Photo from Salt Lake City | |
| 1575 | | | | | Photo from Salt Lake City | |
| 1576 | | | | | Photo from Salt Lake City | |
| 1577 | | | | | Photo from Salt Lake City | |
| 1578 | | | | | Photo from Salt Lake City | |
| 1579 | | | | | Photo from Salt Lake City | |
| 1580 | | | | | Photo from Salt Lake City | |
| 1581 | | | | | Photo from Salt Lake City | |
| 1582 | | | | | Photo from Salt Lake City | |
| 1583 | | | | | Photo from Salt Lake City | |
| 1584 | | | | | Photo from Salt Lake City | |
| 1586 | | | | | Photo from Salt Lake City | |
| 1587 | | | | | Photo from Salt Lake City | |
| 1588 | | | | | Photo from Salt Lake City | |
| 1589 | | | | | Photo from Salt Lake City | |
| 1590 | | | | | Photo from Salt Lake City | |
| 1591 | | | | | Photo from Salt Lake City | |
| 1592 | | | | | Photo from Salt Lake City | |
| 1593 | | | | | Photo from Salt Lake City | |
| 1594 | | | | | Photo from Salt Lake City | |
| 1595 | | | | | Photo from Salt Lake City | |
| 1596 thru 1662 | | | | | Reserved | |
| 1663 | | | | | Active Filings Inc. 902(11)  Certification | |
| 1664 | | | | | Active Filings Inc. Records | |
| 1665 | | | | | Reserved | |
| 1666 | | | | | Skype Certification (France) | |
| 1667 | | | | | Skype Records | |
| 1668 | | | | | Aaron's 902(11)  Certification | |
| 1669 | | | | | Aaron's Records | |
| 1670 thru 1699 | | | | | Reserved | |
| 1700 | | | | | Audio 6680922T | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1701 | | | | | Transcript of Audio 6680922T | |
| 1702 | | | | | Audio 6681698T | |
| 1703 | | | | | Transcript of Audio 6681698T | |
| 1704 | | | | | Skype Messages | |
| 1705 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop | |
| 1706 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop | |
| 1707 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop | |
| 1708 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop Skype Messages | |
| 1709 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop Skype Transfers | |
| 1710 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop Skype Transfers | |
| 1711 | | | | | FTK report of Skype Messages and Transfer Files from HP2012 Desktop | |
| 1712 | | | | | Skype Chat Messages IEF | |
| 1713 | | | | | Spreadsheet of Messages from February 2013 Samsung | |
| 1714 | | | | | Spreadsheet of Transfers from February 2013 Samsung | |
| 1715 | | | | | SkypeAlyzer Report 11/24/2012 to 02/22/2013 | |
| 1716 | | | | | Skype Chat Messages - IEF 11/24/2012 to 02/22/2013 | |
| 1717 | | | | | Samsung SkpeAlyzer Report 03/16/2013 to 03/30/2013 | |
| 1718 | | | | | Samsung SkpeAlyzer Report 04/17/2013 to 05/13/2013 | |
| 1719 | | | | | Denver Computer SkypeAlyzer Report | |
| 1720 | | | | | Summary of Purchases | |
| 1721 | | | | | Video afghonistonda-1.asf[315026].rm | |
| 1722 | | | | | Video AGHONISTONDA-2.asf | |
| 1723 | | | | | Video afghonistonda-3.asf[315028].rm | |
| 1724 | | | | | Video afghonistonda-4.asf[315029].rm | |
| 1725 | | | | | *Video afghonistonda-5[315030].asf | |
| 1726 | | | | | Videos afghonistonda-6.asf[315031].rm | |
| 1727 | | | | | Reserved | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1728 | | | | | Video qaboilda-2.asf[315099].mpg | |
| 1729 | | | | | Video qaboilda-3.asf[315100].rm | |
| 1730 | | | | | Video qaboilda-4.asf[315101].rm | |
| 1731 | | | | | Video qaboilda-5[315102].asf | |
| 1732 | | | | | Video Qaboilda Nima Gap 7 qism[315097].mp4 | |
| 1733 | | | | | Video abdul_aziz.asf[315023].rm | |
| 1734 | | | | | Video abdulmalik_fidoiy.asf[315021].rm | |
| 1735 | | | | | Video abdulmalikfidoiy-en.asf[315020].rm | |
| 1736 | | | | | Video Ali Mergan ... Snyper Sniper[315035].mp4 | |
| 1737 | | | | | Video fbp3_1.asf[315050].mpg | |
| 1738 | | | | | Video erkamsahundsiegte.asx[315046].rm | |
| 1739 | | | | | Video soldaten_allahs_2_arabic.asf[315116].rm | |
| 1740 | | | | | Video usoma.asf[315128].rm | |
| 1741 | | | | | Video ansorlar_uzbek.asf[315039].rm | |
| 1742 | | | | | *Video josus-killer-1.asf[315071].rm | |
| 1743 | | | | | Video josus-killer-2.asf[315072].rm | |
| 1744 | | | | | Video josus-killer-3.asf[315073].rm | |
| 1745 | | | | | *Video josus-killer-4.asf[315074].rm | |
| 1746 | | | | | Video jihod_bayroghi.asf[315070].rm | |
| 1747 | | | | | Video tema-mujahida-1[315118].asf | |
| 1748 | | | | | Video tema-mujahida-2[315119].asf | |
| 1749 | | | | | Video tema-mujahida-3[315120].asf | |
| 1750 | | | | | Video tema-mujahida-4[315121].asf | |
| 1751 | | | | | Video afghonistonda-4.asf[188013].rm | |
| 1752 | | | | | Video soldaten_allahs_2_arabic.asf[188010].rm | |
| 1753 | | | | | Video jihod_bayroghi-1.asf[188012].rm | |
| 1754 | | | | | Video abu_zar_azzam_uzbek[169120].avi | |
| 1755 | | | | | Video mujoxida_WM 2.2.wmv.[824571].mp4 | |
| 1756 | | | | | *Video mujoxida_WMV 2.1.wmv[824572].mp4 | |
| 1757 | | | | | NFA Certification of Non-Existence of Records | |
| 1758 | | | | | NFA Certification of Non-Existence of Records | |
| 1759 | | | | | NFA Certification of Non-Existence of Records | |
| 1760 | | | | | NFA Certification of Non-Existence of Records | |
| 1761 | | | | | NFA Certification of Non-Existence of Records | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1762 | | | | | NFA Certification of Non-Existence of Records | |
| 1763 | | | | | Photo from Sportsman's Warehouse 01/17/2013 | |
| 1764 | | | | | Photo from Sportsman's Warehouse 01/17/2013 | |
| 1765 | | | | | Photo from Sportsman's Warehouse 01/17/2013 | |
| 1766 | | | | | Photo from Dennys 01/18/2013 | |
| 1767 | | | | | Photo from Lowes 01/20/2013 | |
| 1768 | | | | | Photo from Lowes 01/20/2013 | |
| 1769 | | | | | Photo from Lowes 01/20/2013 | |
| 1770 | | | | | Photo from Lowes 01/20/2013 | |
| 1771 | | | | | Photo from Lowes 01/20/2013 | |
| 1772 | | | | | Photo from Walmart 01/20/2013 | |
| 1773 | | | | | Photo from Lowes 01/20/2013 | |
| 1774 | | | | | Photo from Lowes 01/20/2013 | |
| 1775 | | | | | Photo from Lowes 01/20/2013 | |
| 1776 | | | | | Photo from McDonald's 01/21/2013 | |
| 1777 | | | | | Photo from Lowes 01/21/2013 | |
| 1778 | | | | | Photo from Lowes 01/21/2013 | |
| 1779 | | | | | Russian Letter | |
| 1780 | | | | | Russian Letter - Translation | |
| 1781 | | | | | Russian Foreign Business Records Certification | |
| 1782 | | | | | Russian Foreign Business Records Certification - Translation | |
| 1783 | | | | | Google Chrome Web History | |
| 1784 | | | | | Google Records Summary 1 | |
| 1785 | | | | | Google Records Summary 2 | |
| 1786 | | | | | Google Records Summary 3 | |
| 1787 | | | | | Google Records Summary 4 | |
| 1788 | | | | | Google Records Summary 5 | |
| 1789 | | | | | Google Records | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |