Charles F. Peterson ISB No. 3346
Courtney M. Peterson ISB No. 8002
PETERSON LAWYERS
913 W. River Street, Suite 420
Boise, Idaho  83702-7081
Telephone (208) 342-4633
FAX (208) 336-2059

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                          Plaintiff,<br><br>vs.<br><br>FAZLIDDIN KURBANOV,<br><br><br><br>                                          Defendant. | Case No. CR-13-120-S-EJL<br><br>**SECOND SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY RE: MARC SAGEMAN** |

Defendant Fazliddin Kurbanov, through counsel undersigned, provides this Second Supplemental Notice of Expert Testimony Re: Marc Sageman. Defendant previously provided Notice of his intention to use Dr. Sageman as an expert witness and supplemented the same. Dr. Sageman's *curriculum vita was* attached to the original Notice. This Second Supplement contains a summary of Dr. Sageman's expected testimony. As noted previously, Dr. Sageman will respond to testimony provided by the governments experts, Evan Kohlmann and Guido Steinberg.

## QUALIFICATIONS

Dr. Marc Sageman is a graduate of Harvard University with an A.B. in Social Relations. He obtained a Masters Degree and Ph.D. in Sociology from New York

**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 1**

University, as well as the M.D. degree. A licensed physician in Maryland, New Jersey, New York and Pennsylvania, Dr. Sageman is also a Diplomate of the American Board of Psychiatry and Neurology as well as the American Board of Forensic Psychiatry. His experience in terrorism related matters began in 1984 when he served as a Case Officer with the Central Intelligence Agency. He served on the Afghan Task force, and also served in Pakistan and India. He has served as an adviser to the United States Secret Service, United States Army, National Security Council, Department of Homeland Security, FBI, Department of Justice, Department of State, Defense Department and the intelligence community. More recently, Dr. Sageman served as an advisor to United States Forces in Afghanistan during late 2012 and early 2013.

Dr. Sageman has been appointed to serve as an expert witness in other terrorism related cases, and has been consulted by the Department of Justice as an expert witness in a terrorism-related case. He is currently providing expert assistance on three other terrorism cases in the United States. Without belaboring the point, Dr. Sageman is the author of over forty published articles on terrorism in various journals and two books.

## SUMMARY OF EXPECTED TESTIMONY

Dr. Sageman is a social scientist with CIA, and Department of Defense on-the-ground experience. His experience and training is dramatically different than the Government's witnesses Evan Kohlmann and Dr. Guido Steinberg. He served in Afghanistan during part of the time at issue in this case, providing advise and assistance to General John Allen, United States Marine Corps Commander, International Security Assistance Force / United States Forces-Afghanistan (ISAF). He will testify as an expert on the Islamic Movement of Uzbekistan (IMU), the Karimov government in Uzbekistan,

**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 2**

terrorism and recruitment, and address specific direct testimony provided by the government's witnesses Evan Kohlmann and Dr. Guido Steinberg.

Dr. Sageman is familiar with both Evan Kohlmann and Dr. Guido Steinberg. Dr. Sageman has previously reviewed "Expert Reports" prepared by Mr. Kohlmann. He is part of the same "community" of persons sought out as "terrorism experts." On at least one prior occasion, Dr. Sageman consulted with Mr. Kohlmann concerning the possibility of jointly authoring a journal article in the terrorism field.

Dr. Sageman has an academic background and experience in social science research. He employs recognized social scientific tools (such as random sampling and blind tests) to control for bias or error. He may testify concerning the importance of using social science methodology in terrorism research. His background is also different than Dr. Steinberg in that he has both an American Ph.D. and an M.D. He is a board certified psychiatrist. The American Ph.D. requires course work within the social sciences that was not required by the European equivalent degree held by Dr. Steinberg.

Dr. Sageman may testify about an occasion when Mr. Kohlmann testified at a trial in Copenhagen as an expert witness called by the court. Dr. Sageman challenged Mr. Kohlmann about his testimony because he had failed to mention important facts that ran counter to his testimony. Mr. Kohlmann justified his one-sidedness by saying that it was an adversarial process and it was up to the defense attorneys to cross-examine him. He was incorrect in that respect because he had been called as an impartial witness for the court.

Dr. Sageman will address Uzbekistan under President Karimov, particularly focusing on human rights and persecution of persons opposing the Karimov government.

**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 3**

He will expand upon the testimony offered by both Mr. Kohlmann and Dr. Steinberg as it relates to the IMU's role as an opponent to the government as it formed following the collapse of the Soviet Union and Uzbekistan's independence. He will expand on the testimony offered by the Government's witnesses concerning the ways in which Uzbekistan has controlled access to the media and news and its control over religious freedom. He will provide additional detail about Andijan Massacre and its role in the development of the IMU. He will testify that the IMU was not originally a violent opposition, and explain how, over time, it moved toward alignments with other groups, including the Pakistani Taliban.

With respect to the collection of videos described as "IMU propaganda," Dr. Sageman will testify that such videos are readily available on the Internet and on social media. He will also testify that a person might watch countless videos from the IMU without becoming an IMU supporter, recruit or a terrorist. He will testify that not all recruits go on to commit terrorist acts. He will testify that persons move toward terrorism based on their connection to community. Dr. Sageman will contrast Mr. Kohlmann's approach, which does not study the details of the defendant's background as part of his opinion forming, with his own. He will testify generally about the defendant's actions opposing political and social oppression in Uzbekistan.

He will also testify concerning the IMU's recruitment, financing and communications. Dr. Sageman will testify about his experience monitoring the IMU and other groups in Northern Waziristan while serving as an advisor to ISAF. He will offer his opinion that the IMU does not recruit fighters online, and address the notion that online recruiting is now a normal process. He will also address the "pledge," how the

DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 4

practice occurs among the IMU and similar groups, and its importance. He will dispute Dr. Steinberg's assertion that the IMU is the "strongest" terrorist organization in the world, and that it is intent on world domination. Dr. Sageman will testify concerning the goals of the IMU, it's attachment to other groups (or as the Government witnesses have suggested, "subunits") and the relationships between such groups. He will also address the testimony by the Government's witnesses that the United States is the IMU's principal enemy.

Dr. Sageman may address specific claims made by Mr. Kohlmann and Dr. Steinberg at trial. For example, he may address the notion of primary, secondary and tertiary sources testified to by Mr. Kohlmann. He may address the claim that the IMU is an "umbrella" organization, and testimony that the battle of Shah-i-Kot constituted a "very large battle." He may address Mr. Kohlmann's claim that the IMU's size makes it a particularly important adversary. He may address the claim that the Caliphate would include the United States. He will address Dr. Steinberg's claims that the IMU took credit for the Tashkent bombings in 1999, and that the IMU's tough training camps were reflected on the battlefield. He will confirm that the Bagram Air Base attack did not, as the IMU advertised, involve casualties of American armed forces, and that attackers did not breach the compound gate. He will also address the Times Square attempted bombing. Government witnesses misidentified the defendant in that case who was in fact Pashtun and not Uzbek. He will address the claim that it is possible to take the pledge by the Internet, and explain how the IMU loans fighters to other organizations, but that the IMU's impact on the battlefield is negligible.

**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 5**

Dated this 26th day of July, 2015.


//s//
Charles F. Peterson
Attorney for Defendant



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2015, I caused a true and correct copy of the foregoing document to be served upon the following person(s) in the following manner:

[ ]     U.S. Mail, Postage Prepaid
[ ]     Express Mail
[ ]     Hand Delivery
[ ]     Facsimile Transmission –
[ ]     Federal Express
[**X**]     Electronic Transmission


Wendy Olson
Aaron N. Lucoff
United States Attorney's Office
Washington Group Plaza IV, Suite 500
800 East Park Boulevard
Boise, ID 83712


//s//
Charles F. Peterson


**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE RE: MARC SAGEMAN - 6**