WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
AARON N. LUCOFF, IDAHO STATE BAR NO. 5707
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 465883
ASSISTANTS UNITED STATES ATTORNEY
LAWRENCE SCHNEIDER, NEW YORK STATE BAR NO. 2594174
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FAZLIDDIN KURBANOV,<br><br>　　　　　Defendant. | Case No. 1:13-cr-00120-EJL<br><br>**GOVERNMENT'S REQUEST FOR JENCKS MATERIAL** |

The United States of America, by and through Wendy J. Olson, United States Attorney, and the undersigned counsel, pursuant to 18 U.S.C. § 3500 and Federal Rule of Criminal Procedure 26.2, requests that the defendant produce for the examination and use of the government any statement of a witness that is in the defendant's possession and that relates to the subject matter of the witness' testimony.

This request pertains to all the defendant's witnesses.  This request is made prior to the witness' testimony on direct examination.  The government understands that the defendant does not have to produce Jencks material until the witnesses have testified on direct examination.

GOVERNMENT'S REQUEST FOR JENCKS MATERIAL - 1

However, early production of Jencks material will mitigate the need for the court to recess the

proceedings to allow time for the government to examine the statement and prepare for its use.

Respectfully submitted this  28th  day of July, 2015.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:


/s/_____
AARON N. LUCOFF
Assistant United States Attorney

/s/_____
HEATHER S. PATRICCO
Assistant United States Attorney

/s/_____
LAWRENCE SCHNEIDER
U.S. Department of Justice Trial Attorney
Counterterrorism Section

GOVERNMENT'S REQUEST FOR JENCKS MATERIAL - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2015, the foregoing **GOVERNMENT'S REQUEST FOR JENCKS MATERIAL** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| | |
|---|---|
| Chuck Peterson<br>chuck@petersonlawyers.com<br><br>Courtney Peterson<br>Courtney@petersonlawyers.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |

/s/_____
Aaron Lucoff

GOVERNMENT'S REQUEST FOR JENCKS MATERIAL - 3