UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FAZLIDDIN  KURBANOV,<br><br>      Defendant. | Case No. 1:13-cr-00120-EJL<br><br>**STIPULATION OF FACT** |

The United States of America, by and through Wendy J. Olson, United States Attorney,

and the undersigned counsel, and the defendant, by and through his counsel, Charles and

Courtney Peterson, agree:

> Under the charged counts of attempting and conspiring to provide
> material support or resources pursuant to 18 U.S.C. § 2339A,
> knowing or intending that the material support or resources are to
> be used in preparation for, or in carrying out, a violation of 18
> U.S.C. § 2332a, the parties stipulate that the attempt and
> conspiracy would have affected interstate commerce.

At trial, the court, jury and parties will treat these facts as being proven beyond a

reasonable doubt.  There is no need for additional evidence to be presented by either party on

these stipulated facts.  This stipulation will be read to the jury during the evidence-taking portion

of the trial.

STIPULATION OF FACT - 1

DATED this 29th day of July, 2015.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:


/s/_____
AARON N. LUCOFF
Assistant United States Attorney

/s/_____
HEATHER S. PATRICCO
Assistant United States Attorney

/s/_____
LARRY SCHNEIDER
U.S. Department of Justice Trial Attorney
Counterterrorism Section

DATED this 29th day of July, 2015.


/s/_____
CHARLES PETERSON
Attorney for the Defendant

/s/_____
COURTNEY PETERSON
Attorney for the Defendant

STIPULATION OF FACT - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2015, the foregoing **STIPULATION OF FACT**

was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy

was served on the following parties or counsel by:

| | |
|---|---|
| Chuck Peterson<br>chuck@petersonlawyers.com<br><br>Courtney Peterson<br>Courtney@petersonlawyers.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |

/s/_____
Cassie Morinville
Legal Assistant

STIPULATION OF FACT - 3