PLAINTIFF'S ADMITTED EXHIBITS

| Exhibit Number | Description | Type |
|---|---|---|
| 1001 | Video Interview of Defendant 05/16/2013 | Video |
| 1002 | Transcript of Interview of Defendant 05/16/2013 | Transcript |
| 1003 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1004 | Transcript of Video Clip | Transcript |
| 1005 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1006 | Transcript of Video Clip | Transcript |
| 1007 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1008 | Transcript of Video Clip | Transcript |
| 1009 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1010 | Transcript of Video Clip | Transcript |
| 1011 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1012 | Transcript of Video Clip | Transcript |
| 1013 | Video Clip of Interview of Defendant 05/16/2013 | Video |
| 1014 | Transcript of Video Clip | Transcript |
| 1019 | Audio Clip between Defendant and CHS | Audio |
| 1023 | Audio Clip between Defendant and CHS | Audio |
| 1025 | Audio Clip between Defendant and CHS | Audio |
| 1029 | Audio Clip between Defendant and CHS | Audio |
| 1031 | Audio Clip between Defendant and CHS | Audio |
| 1033 | Audio Clip between Defendant and CHS | Audio |
| 1035 | Audio Clip between Defendant and CHS | Audio |
| 1037 | Audio Clip between Defendant and CHS | Audio |
| 1039 | Audio Clip between Defendant and CHS | Audio |
| 1055 | Audio Clip between Defendant and CHS | Audio |
| 1059 | Audio Clip between Defendant and CHS | Audio |
| 1073 | Audio Clip between Defendant and CHS | Audio |
| 1075 | Audio Clip between Defendant and CHS | Audio |
| 1079 | Audio Clip between Defendant and CHS | Audio |
| 1081 | Audio Clip between Defendant and CHS | Audio |
| 1085 | Audio Clip between Defendant and CHS | Audio |
| 1087 | Audio Clip between Defendant and CHS | Audio |
| 1095 | Audio Clip between Defendant and CHS | Audio |
| 1099 | Audio Clip between Defendant and CHS | Audio |
| 1103 | Audio Clip between Defendant and CHS | Audio |

| Exhibit Number | Description | Type |
|---|---|---|
| 1105 | Audio Clip between Defendant and CHS | Audio |
| 1107 | Audio Clip between Defendant and CHS | Audio |
| 1109 | Audio Clip between Defendant and CHS | Audio |
| 1111 | Audio Clip between Defendant and CHS | Audio |
| 1115 | Audio Clip between Defendant and CHS | Audio |
| 1119 | Audio Clip between Defendant and CHS | Audio |
| 1123 | Audio Clip between Defendant and CHS | Audio |
| 1125 | Audio Clip between Defendant and CHS | Audio |
| 1129 | Audio Clip between Defendant and CHS | Audio |
| 1131 | Audio Clip between Defendant and CHS | Audio |
| 1133 | Audio Clip between Defendant and CHS | Audio |
| 1143 | Audio Clip between Defendant and CHS | Audio |
| 1149 | Sprint 902(11) Certification | Document |
| 1150 | Sprint Records | Document |
| 1151 | Alpha Chemicals 902(11) Certification | Document |
| 1153 | Apex 902(11) Certification | Document |
| 1155 | Walmart 902(11) Certification | Document |
| 1157 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1158 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1159 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1160 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1161 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1162 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1163 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1164 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1165 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1166 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1167 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1168 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1169 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1170 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1171 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1172 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1173 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1174 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1175 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1176 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1177 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1178 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1179 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1180 | Photo - 579 S Curtis - 11/16/2012 | Photo |

| Exhibit Number | Description | Type |
|---|---|---|
| 1181 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1182 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1183 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1184 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1185 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1186 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1187 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1188 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1189 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1190 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1191 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1192 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1193 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1194 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1195 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1196 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1197 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1198 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1199 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1200 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1201 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1202 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1203 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1204 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1205 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1206 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1207 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1208 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1209 | Photo - 579 S Curtis - 11/16/2012 | Photo |
| 1217 | Conversation with user of okif.755@mail.ru | Document |
| 1218 | Conversation with user of okif.755@mail.ru | Document |
| 1219 | Translation of Conversation with user of okif.755@mail.ru | Document |
| 1225 | Facebook 902(11) Certification | Document |
| 1226 | Facebook Records | Document |
| 1229 | .RU Email 07/31/2012 | Document |
| 1230 | Translation of .RU Email 07/31/2012 | Document |
| 1231 | .RU Email 08/03/2012 | Document |
| 1232 | Translation of .RU Email 08/03/2012 | Document |
| 1233 | NFA Certification of Non-Existence of Records | Document |
| 1236 | Video - abdul_aziz.asf.rm | Video |
| 1237 | Transcript of Video - abdul_aziz.asf.rm | Document |

3

| Exhibit Number | Description | Type |
|---|---|---|
| 1239 | Video - abdulmalik_fidoiy.asf.rm | Video |
| 1241 | Video - abdulmalikfidoiy-en.asf.rm | Video |
| 1243 | Video - Ali Mergan ... Snyper Sniper.mp4.mpg | Video |
| 1244 | Transcript Video - Ali Mergan ... Snyper Sniper.mp4.mpg | Document |
| 1246 | Video - zriv 1.mp4.mpg | Video |
| 1247 | Video - zriv2.mp4.mpg | Video |
| 1249 | Audio - 12.qurboning_bolay.mp3 | Audio |
| 1250 | Transcript - 12.qurboning_bolay.mp3 | Document |
| 1251 | My Movie.wlmp.xml | Document |
| 1253 | Video - My Movie.wmv | Video |
| 1254 | Translation Video - My Movie.wmv | Document |
| 1263 | Video - My Movie FOR.wmv | Video |
| 1264 | Transcript of My Movie FOR.wmv | Document |
| 1265 | Video - MY MUSLIM MY MUSLIM.wmv | Video |
| 1266 | Transcript of MY MUSLIM MY MUSLIM.wmv | Document |
| 1267 | Video - video-2012-03-11-13-14-31.mp4.3gpp | Video |
| 1269 | Video - video-2012-03-11-13-31-02.mp4.3gpp | Video |
| 1275 | Video - Homemade C-4 A Closer Look.mp4.mpg | Video |
| 1277 | Video - how to make black powder (without a ball mill).mp4.mpg | Video |
| 1279 | Video - Как сделать тротил.mp4. | Video |
| 1280 | Transcript - Как сделать тротил.mp4.mpg | Document |
| 1284 | Video of 326115 | Video |
| 1287 | Duda Diesel 902(11) Certification | Document |
| 1289 | Photo of U-Haul truck | Photo |
| 1290 | Photo of U-Haul truck | Photo |
| 1301 | Audio 03 06-05-13_2011_Clip_1.wav | Audio |
| 1302 | Transcript of Audio 06-05-13_2011_Clip_1.wav | Document |
| 1309 | Audio 2013-04-06 | Audio |
| 1310 | Transcript of Audio 2013-04-06 | Document |
| 1315 | Audio DN_Mic1 2012-12-14 | Audio |
| 1316 | Transcript of Audio DN_Mic1 2012-12-14 | Document |
| 1319 | Audio DN_Mic1 2012-12-28 | Audio |
| 1320 | Transcript of Audio DN_Mic1 2012-12-28 | Document |
| 1321 | Audio DN_Mic1 2013-01-01 | Audio |
| 1322 | Transcript of Audio DN_Mic1 2013-01-01 | Document |
| 1323 | Audio DN_Mic2_2012-12-17 | Audio |
| 1324 | Transcript of Audio DN_Mic2_2012-12-17 | Document |

| Exhibit Number | Description | Type |
|---|---|---|
| 1325 | Audio DN_Mic2_2012-12-17 | Audio |
| 1326 | Transcript of Audio DN_Mic2_2012-12-17 | Document |
| 1333 | Email Product 128382581E | Document |
| 1334 | Translation Product 128382581E | Document |
| 1335 | Email Product 128382743E | Document |
| 1336 | Translation Product 128382743E | Document |
| 1340 | Email Product 128383482E | Document |
| 1341 | Translation Product 128383482E | Document |
| 1342 | Email Product 128397564E | Document |
| 1343 | Translation Product 128397564E | Document |
| 1346 | Email Product 128399972E | Document |
| 1347 | Translation Product 128399972E | Document |
| 1348 | Email 129400337E | Document |
| 1349 | Translation Product 128400337E | Document |
| 1350 | Email Product 128403963E | Document |
| 1351 | Translation Product 128403963E | Document |
| 1363a | E-Bay 902(11) Certification | Document |
| 1366 | Kroger 902(11) Certification | Document |
| 1373 | Washington Trust Bank 902(11) Certification | Document |
| 1375 | Amazon 902(11) Certification | Document |
| 1381 | Secretary of State | Document |
| 1384 | Audio Clip 07/29/2014 | Audio |
| 1385 | Transcript of Audio Clip | Document |
| 1386 | Audio Clip 07/29/2014 | Audio |
| 1387 | Transcript of Audio Clip | Document |
| 1388 | Audio Clip 07/30/2014 | Audio |
| 1389 | Transcript of Audio Clip | Document |
| 1390 | Audio Clip 08/06/2014 | Audio |
| 1391 | Transcript of Audio Clip | Document |
| 1396 | Audio Clip between Defendant and CHS | Audio |
| 1398 | Audio Clip between Defendant and CHS | Audio |
| 1400 | Audio Clip between Defendant and CHS | Audio |
| 1410 | Audio Clip between Defendant and CHS | Audio |
| 1412 | Audio Clip between Defendant and CHS | Audio |
| 1414 | Audio Clip between Defendant and CHS | Audio |
| 1426 | Audio Clip between Defendant and CHS | Audio |
| 1434 | Advice of Rights | Document |
| 1435 | Video fbp3_1.asf[315050].mpg | Video |
| 1437 | Video soldaten_allahs_2_arabic.asf[315116].rm | Video |
| 1441 | Video Кабоилда Нима гап. Qaboilda Nima Gap 6 кисм.mp4.mpg | Video |

| Exhibit Number | Description | Type |
|---|---|---|
| 1443 | Google 902(11)  Certification | Document |
| 1446 | JP Morgan Chase Certification 902(11) | Document |
| 1448 | Photos | Photo |
| 1449 | Google Records | Document |
| 1450 | Video ANFO VN-360p.flv | Video |
| 1451 | Video Phone detonator tips-360p.flv | Video |
| 1452 | Video Homemade Wireless Detonator-1080p.mp4 | Video |
| 1456 | U-Haul 902(11)  Certification | Document |
| 1457 | U-haul Records | Document |
| 1458 | U-Haul Records | Document |
| 1460 | Impact Wireless 902(11)  Certification | Document |
| 1461 | Impact Wireless Records | Document |
| 1463 | Video videoplayback_047.3gp | Video |
| 1465 | 405347 YouTube Comment 3 | Document |
| 1465a | Google Records | Video |
| 1467 | 405347 YouTube Comment 1 | Document |
| 1467a | Google Records | Document |
| 1469 | 405347 YouTube Comment 2 | Document |
| 1469a | Google Records | Document |
| 1470 | Summary of Google Search Warrant Results - Favorites | Document |
| 1470a | Google Search Warrant Results - Favorites | Document |
| 1471 | Video 100lbs. Tannerite house leveled.mp4 | Video |
| 1474 | Video Detonator C4 bomb part 1.mp4 | Video |
| 1478 | Video Explosive Detonated Underground - Ammonal C.mp4 | Video |
| 1479 | Video How to make Aluminium Powder from household materials..mp4 | Video |
| 1483 | Video Massive Explosion From 125 Kg of....mp4 | Video |
| 1484 | Summary of Google Search Warrant Results - Likes | Document |
| 1484a | Google Search Warrant Results - Likes | Document |
| 1490 | Video How to make aluminium powder | Video |
| 1495 | Video Massive Truck Explosion.mp4 | Video |
| 1498 | Video Tannerite Video | Video |
| 1503 | Video 310398 | Video |
| 1505 | Video 310735 | Video |
| 1507 | Video 310736 | Video |
| 1510 | Videos 326180 | Video |
| 1512 | Videos 326239 | Video |
| 1520 | Google 902(11) Certificate | Document |
| 1521 | Google Records | Document |
| 1522 | Photo from 05/16/2013 search | Photo |

6

| Exhibit Number | Description | Type |
|---|---|---|
| 1523 | Photo from 05/16/2013 search | Photo |
| 1524 | Photo from 05/16/2013 search | Photo |
| 1525 | Photo from 05/16/2013 search | Photo |
| 1526 | Photo from 05/16/2013 search | Photo |
| 1527 | Photo from 05/16/2013 search | Photo |
| 1528 | Photo from 05/16/2013 search | Photo |
| 1529 | Photo from 05/16/2013 search | Photo |
| 1530 | Photo from 05/16/2013 search | Photo |
| 1531 | Photo from 05/16/2013 search | Photo |
| 1532 | Photo from 05/16/2013 search | Photo |
| 1533 | Photo from 05/16/2013 search | Photo |
| 1534 | Photo from 05/16/2013 search | Photo |
| 1535 | Photo from 05/16/2013 search | Photo |
| 1536 | Photo from 05/16/2013 search | Photo |
| 1537 | Photo from 05/16/2013 search | Photo |
| 1538 | Photo from 05/16/2013 search | Photo |
| 1539 | Photo from 05/16/2013 search | Photo |
| 1540 | Photo from 05/16/2013 search | Photo |
| 1541 | Photo from 05/16/2013 search | Photo |
| 1542 | Photo from 05/16/2013 search | Photo |
| 1543 | Photo from 05/16/2013 search | Photo |
| 1544 | Photo from 05/16/2013 search | Photo |
| 1545 | Photo from 05/16/2013 search | Photo |
| 1546 | Photo from 05/16/2013 search | Photo |
| 1547 | Photo from 05/16/2013 search | Photo |
| 1548 | Photo from 05/16/2013 search | Photo |
| 1549 | Photo from 05/16/2013 search | Photo |
| 1550 | Photo from 05/16/2013 search | Photo |
| 1551 | Photo from 05/16/2013 search | Photo |
| 1552 | Photo from 05/16/2013 search | Photo |
| 1553 | Photo from 05/16/2013 search | Photo |
| 1554 | Photo from 05/16/2013 search | Photo |
| 1555 | Photo from 05/16/2013 search | Photo |
| 1556 | Photo from 05/16/2013 search | Photo |
| 1557 | Photo from 05/16/2013 search | Photo |
| 1558 | Photo from 05/16/2013 search | Photo |
| 1559 | Photo from 05/16/2013 search | Photo |
| 1560 | Photo from 05/16/2013 search | Photo |
| 1561 | Photo from 05/16/2013 search – Toyota Camry | Photo |
| 1562 | Photo from 05/16/2013 search – Toyota Camry | Photo |
| 1563 | Photo from 05/16/2013 search – Toyota Camry | Photo |
| 1564 | Photo from 05/16/2013 search – Toyota Camry | Photo |

| Exhibit Number | Description | Type |
|---|---|---|
| 1565 | Photo from Salt Lake City | Photo |
| 1566 | Photo from Salt Lake City | Photo |
| 1567 | Photo from Salt Lake City | Photo |
| 1568 | Photo from Salt Lake City | Photo |
| 1569 | Photo from Salt Lake City | Photo |
| 1570 | Photo from Salt Lake City | Photo |
| 1571 | Photo from Salt Lake City | Photo |
| 1572 | Photo from Salt Lake City | Photo |
| 1573 | Photo from Salt Lake City | Photo |
| 1574 | Photo from Salt Lake City | Photo |
| 1575 | Photo from Salt Lake City | Photo |
| 1576 | Photo from Salt Lake City | Photo |
| 1577 | Photo from Salt Lake City | Photo |
| 1578 | Photo from Salt Lake City | Photo |
| 1579 | Photo from Salt Lake City | Photo |
| 1580 | Photo from Salt Lake City | Photo |
| 1581 | Photo from Salt Lake City | Photo |
| 1582 | Photo from Salt Lake City | Photo |
| 1583 | Photo from Salt Lake City | Photo |
| 1584 | Photo from Salt Lake City | Photo |
| 1586 | Photo from Salt Lake City | Photo |
| 1587 | Photo from Salt Lake City | Photo |
| 1588 | Photo from Salt Lake City | Photo |
| 1589 | Photo from Salt Lake City | Photo |
| 1590 | Photo from Salt Lake City | Photo |
| 1591 | Photo from Salt Lake City | Photo |
| 1592 | Photo from Salt Lake City | Photo |
| 1593 | Photo from Salt Lake City | Photo |
| 1594 | Photo from Salt Lake City | Photo |
| 1595 | Photo from Salt Lake City | Photo |
| 1663 | Active Filings Inc. 902(11) Certification | Document |
| 1664 | Active Filings Inc. Records | Document |
| 1666 | Skype Certification (France) | Document |
| 1667 | Skype Records | Document |
| 1669 | Aaron's Records | Document |
| 1700 | Audio 6680922T | Audio |
| 1701 | Transcript of Audio 6680922T | Document |
| 1702 | Audio 6681698T | Audio |
| 1703 | Transcript of Audio 6681698T | Document |
| 1704 | Skype Messages | Document |
| 1720 | Summary of Purchases | Document |

8

| Exhibit Number | Description | Type |
|---|---|---|
| 1721 | Video afghonistonda-1.asf[315026].rm | Video |
| 1722 | Video AGHONISTONDA-2.asf | Video |
| 1724 | Video afghonistonda-4.asf[315029].rm | Video |
| 1726 | Videos afghonistonda-6.asf[315031].rm | Video |
| 1727 | Video  Qaboilda-1.asx.rm | Video |
| 1728 | Video qaboilda-2.asf[315099].mpg | Video |
| 1729 | Video qaboilda-3.asf[315100].rm | Video |
| 1730 | Video qaboilda-4.asf[315101].rm | Video |
| 1731 | Video qaboilda-5[315102].asf | Video |
| 1732 | Video Qaboilda Nima Gap 7 qism[315097].mp4 | Video |
| 1738 | Video erkamsahundsiegte.asx[315046].rm | Video |
| 1739 | Video soldaten_allahs_2_arabic.asf[315116].rm | Video |
| 1740 | Video usoma.asf[315128].rm | Video |
| 1741 | Video ansorlar_uzbek.asf[315039].rm | Video |
| 1743 | Video josus-killer-2.asf[315072].rm | Video |
| 1744 | Video josus-killer-3.asf[315073].rm | Video |
| 1746 | Video jihod_bayroghi.asf[315070].rm | Video |
| 1748 | Video tema-mujahida-2[315119].asf | Video |
| 1749 | Video tema-mujahida-3[315120].asf | Video |
| 1750 | Video tema-mujahida-4[315121].asf | Video |
| 1757 | NFA Certification of Non-Existence of Records | Document |
| 1758 | NFA Certification of Non-Existence of Records | Document |
| 1759 | NFA Certification of Non-Existence of Records | Document |
| 1760 | NFA Certification of Non-Existence of Records | Document |
| 1761 | NFA Certification of Non-Existence of Records | Document |
| 1762 | NFA Certification of Non-Existence of Records | Document |
| 1763 | Photo from Sportsman's Warehouse 01/17/2013 | Photo |
| 1764 | Photo from Sportsman's Warehouse 01/17/2013 | Photo |
| 1765 | Photo from Sportsman's Warehouse 01/17/2013 | Photo |
| 1766 | Photo from Dennys 01/18/2013 | Photo |
| 1767 | Photo from Lowes 01/20/2013 | Photo |
| 1768 | Photo from Lowes 01/20/2013 | Photo |
| 1769 | Photo from Lowes 01/20/2013 | Photo |
| 1770 | Photo from Lowes 01/20/2013 | Photo |
| 1771 | Photo from Lowes 01/20/2013 | Photo |
| 1772 | Photo from Walmart 01/20/2013 | Photo |
| 1773 | Photo from Lowes 01/20/2013 | Photo |
| 1774 | Photo from Lowes 01/20/2013 | Photo |
| 1775 | Photo from Lowes 01/20/2013 | Photo |
| 1776 | Photo from McDonald's 01/21/2013 | Photo |
| 1777 | Photo from Lowes 01/21/2013 | Photo |
| 1778 | Photo from Lowes 01/21/2013 | Photo |

| Exhibit Number | Description | Type |
|---|---|---|
| 1781 | Russian Foreign Business Records Certification | Document |
| 1782 | Russian Foreign Business Records Certification - Translation | Document |
| 1786 | 11/15/2012 1 - Hard Drive Copied From ACER Laptop, Serial #LXRJW0205915108DD01601; Hard Drive Make - Western Digital, Serial #WXD1E71KPZZ8; Written To : Hitachi, Serial #MS0WDWNK;  2 - Hard Drive Copied From HP All-In-One, Serial 6VPF52LX; Written To Seagate ST9750420AS, Serial 6WS1Y0LF Booted To Linux Thumb Drive And Logical Files Copied | Physical Evidence |
| 1787 | 11/17/2012 Hard Drive Mirrored From HP OMNI All-In-One PC, Serial 4CS1430JWF. Written To Hitachi Model HDE721010SLA330, Serial MS0WVGUK | Physical Evidence |
| 1788 | 1/28/2013 One (1) piece of paper containing explosive recipe. | Physical Evidence |
| 1789 | 1/19/2013 One (1) small piece of paper containing explosive recipe | Physical Evidence |
| 1790 | 5/16/2013  I Phone (Black Found On Rear Center Seat Of Camry Model A1429, IMEI 990002792462994 ITEM #1 | Physical Evidence |
| 1791 | 5/16/2013 Samsung Galaxy S II From Back Seat Middle Section Of Camry Model SPH-D710, Serial MAC5001BB81644E ITEM #2 | Physical Evidence |
| 1792 | 5/16/2013 Item # 1 One Open Bag Labeled Alpha Chemicals Aluminum Powder 2 LBS | Physical Evidence |
| 1793 | 5/16/2013  Item # 2 One Plastic Container Labeled Mixing Container Containing 3 Foil Pouches | Physical Evidence |
| 1794 | 5/16/2013 Item # 3 One Plastic Container Labeled Hydrogen Peroxide-Open | Physical Evidence |
| 1796 | 5/16/2013 Item # 6 Three (3) Plastic Containers Labeled Tannerite Brand Binary Exploding Target White Colored Prills | Physical Evidence |
| 1797 | 5/16/2013 Item # 7 One Zipper-Top Plastic Bag Labeled Aluminum Powder 100 Grams | Physical Evidence |
| 1798 | 5/16/2013 Item # 8 One Reusable Plastic Container With Gray Colored Powder | Physical Evidence |
| 1799 | 5/16/2013 Item # 9  One High Capacity Rifle Magazine Containing Multiple Rounds Of Ammunition | Physical Evidence |
| 1800 | 5/16/2013  Item # 10  Two Paper Boxes Labeled TUL Ammo 7.62 X 39mm 122 GR FMJ Containing 30 Rounds Of Ammunition | Physical Evidence |
| 1801 | 5/16/2013 Item # 11 One String Of Fuse | Physical Evidence |
| 1802 | 5/16/2013  Item # 12 One Red Paper Cylinder Labeled M-150 Warning: Explosive With Green Fuse | Physical Evidence |
| 1803 | 5/16/2013 Item # 13  One Plastic Pouch Containing A Metal Throwing Star Labeled Kohga Ninja And Foreign Language Characters | Physical Evidence |
| 1804 | 5/16/2013 Item # 14 One Set Of Metal Knuckles | Physical Evidence |
| 1805 | 5/16/2013 Item # 15  One Phillips Screwdriver Labeled Stanley Black & Yellow In Color And One Allen Wrench Black In Color | Physical Evidence |
| 1806 | 5/16/2013 Item # 16  One Cuddle Ups Brand Diaper Box And Lowe's Plastic Bag That Contained Evidence Items 1-15 | Physical Evidence |

| Exhibit Number | Description | Type |
|---|---|---|
| 1808 | 5/16/2013 5/16/2013 Item # 23 Two One-Quart Containers Of Klean-Strip Acetone | Physical Evidence |
| 1809 | 5/16/2013 Item # 25 Fifty (50) .22LR CCI Stinger Hypervelocity Rounds | Physical Evidence |
| 1810 | 5/16/2013 Item # 47 Empty HJ  All Season All Purpose Fertilizer Bag | Physical Evidence |
| 1811 | 5/16/2013 Item # 44 Gutted Inert Hand Grenade & USP Packaging | Physical Evidence |
|  |  |  |