DEFENDANT'S ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| 5004 | Letter from Internal Revenue Service to Fazliddin Kurbanov dated May 14, 2013 |
| 5006 | Invoice – Mono Corporation to Brite Logistics, Inc. dated June 21, 2013 |
| 5008 | Brite Logistics, Inc. Settlement Report for Fazliddin Kurbanov |
| 5009 | Master Vehicle Lease Agreement |
| 5010 | Transcript of audio clip |
| 5010a | Audio clip of Exhibit 5010 |
| 5015 | Photograph – 579 S. Curtis, #5 – 05/16/2013 |
| 5017 | Photograph – 579 S. Curtis, #5 – 05/16/2013 |
| 5018 | Photograph – 579 S. Curtis, #5 – 05/16/2013 |